# IUNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 1:18-cr-10154-DPW |
| v. | ) |
| | ) |
| FRANCIS M. REYNOLDS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), I, Alyssa E. Kutner, hereby move for leave to withdraw my appearance for Defendant Francis M. Reynolds and in support of this motion, hereby state as follows:

1. On August 7, 2018, I filed a Notice of Appearance on behalf of Defendant Francis M. Reynolds. At the time of the filing, I was an attorney at Ballard Spahr LLP ("**Ballard Spahr**").

2. On September 5, 2019, Denise L. Plunkett entered a Notice of Appearance on behalf of Defendant Francis M. Reynolds as successor counsel. Ms. Plunkett and attorneys at Ballard Spahr already admitted *pro hac vice*, David L. Axelrod, R. Stephen Stigall, and Kahlil C. Williams, will represent Defendant Francis M. Reynolds in this case going forward.

3. I no longer work for Ballard Spahr.

4. Accordingly, I respectfully requests that the Court grant this motion for leave to withdraw as counsel in this matter.

Dated: September 6, 2019

          Respectfully Submitted,

          /s/ Alyssa E. Kutner
          Alyssa E. Kutner (BBO No. 696210)
          Weil, Gotshal & Manges LLP
          767 Fifth Avenue
          New York, NY 10153-0119
          212-310-8249
          alyssa.kutner@weil.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 6, 2019, a true copy of the above document was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users.

          /s/ Alyssa E. Kutner
          Alyssa E. Kutner