*Verdict Returned 10-28-19 USDC 3:40 pm*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL ACTION NO. |
| v. | ) 18-10154-DPW |
| FRANCIS M. REYNOLDS, | ) |
| Defendant. | ) |

## VERDICT

1. **COUNT 1** - (Securities Fraud)

(a) With respect to the defrauding by making false and misleading claims theory of Count 1, we, the jury, find the defendant Francis M. Reynolds:

(ANSWER "NOT GUILTY" OR "GUILTY")   _guilty_.

(b) With respect to the defrauding by market manipulation theory of Count 1, we, the jury, find the defendant Francis M. Reynolds:

(ANSWER "NOT GUILTY" OR "GUILTY")   _guilty_.

2. **COUNT 2** - (Obstruction of an Agency Proceeding)

With respect to Count 2 of the Indictment, we, the jury, find the defendant Francis M. Reynolds:

(ANSWER "NOT GUILTY" OR "GUILTY")   guilty.

3. **COUNT 3** - (Obstruction of an Agency Proceeding)

With respect to Count 3 of the Indictment, we, the jury, find the defendant Francis M. Reynolds:

(ANSWER "NOT GUILTY" OR "GUILTY")   guilty.

4. **COUNT 4** - (Obstruction of an Agency Proceeding)

With respect to Count 4 of the Indictment, we, the jury, find the defendant Francis M. Reynolds:

(ANSWER "NOT GUILTY" OR "GUILTY")   guilty.

10/28/19
DATE

[signature]
FOREPERSON