UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS M. REYNOLDS,<br><br>    Defendant | CRIMINAL No. 1:18-cr-10154-DPW-1 |

GOVERNMENT'S ASSENT TO REYNOLDS' MOTION TO DEFER
HIS REPORT DATE FOR 60 DAYS.

The United States hereby assents to Defendant Francis M. Reynolds' motion to defer his report date for 60 days from the currently scheduled report date to FMC-Devens on May 15, 2020.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:  /s/ *Sara Miron Bloom*
    SARA MIRON BLOOM
    Assistant United States Attorneys
    John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3265

Dated: April 27, 2020

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) .

                                          /s/ *Sara Miron Bloom*
                                          Sara Miron Bloom
                                          Assistant United States Attorney

Date: April 27, 2020

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:18-cr-10154-DPW-1 |
| v.          ) | |
| ) | |
| ) | |
| FRANCIS M. REYNOLDS,     ) | |
| ) | |
| Defendant.     ) | |
| ) | |

## **PROPOSED ORDER**

    AND NOW, this day of February,     2020, upon consideration of government's assented-to motion to file certain attachments to its sentencing memorandum under seal and for good cause having been shown, it is hereby **ORDERED** that United States' Assented to Motion is **GRANTED**.

    **IT IS FURTHER ORDERED** that on February   , 2020, the United States may file under seal its Sentencing Memorandum attachments.

                                                      **BY THE COURT:**

                                                      **Woodlock, J.**