FILED
IN CLERKS OFFICE

2021 JUL -7 PM 1: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

6/28/2021

Clerk of Courts
US District Court of MA
One Courthouse Way, Suite 2300
Boston, MA 02110

US vs Reynolds US District Court Case No  18-cr-10154-DPW-1

Reynolds vs. US  CAUS  Case No 20-1268

RE:  Phone Number

Please update My phone number

    (239) 309-9400

Mr. Reynolds home address is:

    4250 Steamboat Bend
    Unit 102
    Fort Myers, Fl 33919
Fmreynolds77@gmail.com

Best Regards,
//FrancisMReynolds

Francis M. Reynolds
Fort Myers, FL 33919