TRULINCS 00923138 - REYNOLDS, FRANCIS M - Unit: DEV-J-B

--------------------------------------------------------------------------------

FROM: 00923138
TO: Reynolds, Frank
SUBJECT: Bill Of Exceptions
DATE: 11/26/2021 08:28:10 PM

/

11/27/2021

Clerk of Courts
USDC of MA
One Courthouse Way, Suite 2300
Boston, MA 02210

RE: Case No 18-cr-10154-DPW-1
    US v Francis Reynolds

Clerk,

Please send me the Bill of Exceptions for my case.

Please send them via US Mail to my temporary address:

Francis Reynolds
Reg# 00923-138
FMC-Devens
PO Box 879
Ayer, MA 01432

Please write the first and last name on the envelope you

send to FMC-Devens with the words "legal special mail, open

only in the presence of the Inmate".

The FMC-Devens mailroom requires the first name and last name

of the Clerk of Court on the front of the envelope

Respectfully Submitted,    *Francis Reynolds*
Francis Reynolds
4250 Steamboat Bend, Unit 102
Fort Myers, Florida  33919