# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | 18-10154-01-DPW |
| FRANCIS M. REYNOLDS, a/k/a Frank Reynolds,       Defendant. | [First Circuit No. 20-1268] |

## ORDER VACATING CONVICTIONS AND DISMISSAL OF INDICTMENT

WOODLOCK, D.J.

In accordance with the Mandate issued by the United States Court of Appeals for the First Circuit on May 1, 2024, in First Circuit No. 20-1268, it is HEREBY ORDERED, ADJUDGED AND DECREED

The Judgment as to defendant Francis M. Reynolds [ECF #291] issued on February 28, 2020 is hereby VACATED and the Superseding Indictment [ECF #105] filed on February 26, 2019 is hereby DISMISSED.

DATED:  May 21, 2024

*/s/ Douglas P. Woodlock*
_____
United States District Court Judge